■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GANDHI GUZMAN, Appellant. [817 NYS2d 915]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 27, 1999 (*People v Guzman,* 267 AD2d 471 [1999], *cert denied* 540 US 1119 [2004]), affirming a judgment of the Supreme Court, Queens County, rendered April 9, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Schmidt and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SENECA J. JACOBS, Appellant. [820 NYS2d 536]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Westchester County (Colangelo, J.), imposed March 16, 2005, on the ground that the sentence is excessive.

Ordered that the amended sentence is affirmed. No opinion. Prudenti, P.J., Schmidt, Santucci, Rivera and Lunn, JJ., concur.